USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIQUI CHEN, CHANGREN ZOU, and WEI SHI, *on behalf of themselves and others similarly situated*,

                Plaintiffs,

                -against-

BEST MIYAKO SUSHI CORP. d/b/a Miyake Sushi, SATORI SUSHI CORP. d/b/a Miyake Sushi, LOBSTER SUSHI CORP. d/b/a Miyake Sushi, ZONG HAN ZOU a/k/a Peter Zou, HIULING CHEUNG, XUE TIAO CHEN, and FAT HIN CHENG,

                Defendants.

16-CV-2012 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiffs' Proposed Findings of Fact and Conclusions of Law, as well as the attachments and exhibits thereto (together, the Proposed Findings) (Dkt. No. 198). The Proposed Findings do not appear to include the proofs of service required by paragraphs 2 and 3 of the Court's September 18, 2019 Scheduling Order for Damages Inquest (Scheduling Order) (Dkt. No. 194), which provided:

> 2. Prior to filing their Proposed Findings, plaintiffs shall serve the Proposed Findings upon each of the Defaulted Defendants **by mail** at that defendant's last known addresses, **as well as by email, to the extent known**, and shall include with such service all attachments and exhibits to the Proposed Findings and a copy of this Order. Plaintiffs shall file proof of such service along with their Proposed Findings.
>
> 3. The Court notes that the docket does not reflect that plaintiffs served all of the filings they submitted pursuant to Local Civil Rule 55.2(a) and (b) (*see* Dkt. Nos. 177, 178), as required by Local Civil Rule 55.2(c). To the extent they have not done so, plaintiffs shall promptly serve those filings upon the Defaulted Defendants. Plaintiffs shall also file a proof of such service. Plaintiffs are reminded that Local Civil Rule 55.2(c) requires them to file proof of service of "all papers submitted to the Court pursuant to Local Civil Rule 55.2(a) or (b)" on the Defaulted Defendants.

    Notwithstanding these directions, there is no evidence in the record that plaintiffs served the Defaulted Defendants with (1) their Proposed Findings, (2) their filings "submitted pursuant to Local Civil Rule 55.2(a) and (b)," or (3) the Court's Scheduling Order.

If plaintiffs wish to pursue their damages claims against the Defaulted Defendants, they shall file all of the proofs of service required by the Court's Scheduling Order no later than **November 25, 2019**.

Plaintiffs shall also serve the Defaulted Defendants with a copy of this Order, and shall file proof of such service no later than **November 25, 2019**.

Dated: New York, New York
November 18, 2019

                              **SO ORDERED**.

                              **BARBARA MOSES**
                              **United States Magistrate Judge**