UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

SHIQIU CHEN AND CHANGREN ZOU, ET AL.,   16-cv-2012 (JGK)

                Plaintiffs,   <u>ORDER</u>

    - against -

BEST MIYAKO SUSHI CORP., ET AL.,

                Defendants.
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the Report and Recommendation of Magistrate Judge Moses dated February 1, 2021. The Report recommends that the Court vacate its September 12, 2019 order granting the plaintiffs' motion for default judgment against Best Miyako Sushi Corp., Satori Sushi Corp., Lobster Sushi Corp., Peter Zou, Hiuling Cheung, Xue Tiao Chen, and Fat Hin Cheng (together, "Defaulted Defendants"), that no judgment be entered against the Defaulted Defendants, and that the plaintiffs' claims against Defaulted Defendants be dismissed. The plaintiffs have previously settled their claims against defendants Kaiyi Inc., Xiang Zhuang Chen and Hang Ying Li.

    No objections have been filed to the Report and Recommendation, and the time for any objections has passed.

    In any event, the Court finds that the Report and Recommendation is well reasoned and correct. The Court therefore adopts the Report and Recommendation, vacates its earlier order (ECF No. 193), and dismisses the plaintiffs' remaining claims

without prejudice. The Clerk is directed to enter judgment accordingly and to close this case.  The Clerk is also directed to close any pending motions.


**SO ORDERED.**
**Dated:    New York, New York**
**           February 19, 2021**

                                                             _____/s/ John G. Koeltl_____
                                                             **John G. Koeltl**
                                              **United States District Judge**