**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SHIQIU CHEN AND CHANGREN ZOU, ET AL.,

                        Plaintiffs,                          16 **CIVIL** 2012 (JGK)

          -against-                              **JUDGMENT**

BEST MIYAKO SUSHI CORP., ET AL.,

                        Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 19, 2021, the Court has reviewed the Report and Recommendation of Magistrate Judge Moses dated February 1, 2021. The Report recommends that the Court vacate its September 12, 2019 order granting the plaintiffs' motion for default judgment against Best Miyako Sushi Corp., Satori Sushi Corp., Lobster Sushi Corp., Peter Zou, Hiuling Cheung, Xue Tiao Chen, and Fat Hin Cheng (together, "Defaulted Defendants"), that no judgment be entered against the Defaulted Defendants, and that the plaintiffs' claims against Defaulted Defendants be dismissed. The plaintiffs have previously settled their claims against defendants Kaiyi Inc., Xiang Zhuang Chen and Hang Ying Li. No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct. The Report and Recommendation is adopted, and its earlier order (ECF No. 193), is vacated, and the plaintiffs' remaining claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
          February 19, 2021

                                                                      **RUBY J. KRAJICK**
                                                                      **Clerk of Court**
                                               **BY:**  *K. Mango*
                                                                        **Deputy Clerk**