UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIQIU CHEN, ET AL.,

                Plaintiffs,         16-cv-2012 (JGK)

      - against -                ORDER

XIANG ZHUANG CHEN, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

Xiang Zhuang Chen has filed an affidavit in this case, making various allegations. See ECF No. 218. However, this case was closed after a judgment was entered on February 19, 2021, including the recitation that the case against Xiang Zhuang Chen was settled. See ECF No. 215. There is nothing in the affidavit filed by Xiang Zhuang Chen that is a basis for opening the judgment entered in this case.

SO ORDERED.
Dated:    New York, New York
          January 9, 2026

                                  John G. Koeltl
                  United States District Judge